___ FILED       ___ LODGED
___ RECEIVED    ___ COPY

MAY 17 2022

CLERK U S DISTRICT COURT
DISTRI   OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-00503-PHX-DJH (MHB) |
|---|---|---|
| Plaintiff, | | **I N D I C T M E N T** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) (Dealing Firearms without a License) Count 1 |
| 1. Omar Martinez, and (Counts 1 through 36) | | 18 U.S.C. §§ 922(o) and 924(a)(2) (Possession or Transfer of a Machinegun) Count 2 |
| 2. Juan Ramon Martinez, (Count 2) | | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Making Material False Statement During a Firearm Purchase) Counts 3-19 |
| Defendants. | | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 20-36 |
| | | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

**<u>COUNT 1</u>**

On or between April 14, 2021, and January 14, 2022, in the District of Arizona,

Defendant OMAR MARTINEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about April 27, 2022, in the District of Arizona, Defendants OMAR MARTINEZ and JUAN RAMON MARTINEZ did knowingly attempt to possess and transfer a machinegun, that is, a fully automatic AK-47 rifle, and a fully automatic M-60 rifle.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNTS 3-19

On or about the dates listed below, in the District of Arizona, Defendant OMAR MARTINEZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant OMAR MARTINEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating that he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant OMAR MARTINEZ knew that he was buying the firearm on behalf of another person:

| Count | Date | Business |
|---|---|---|
| 3 | 4/14/2021 | D.K. Defense, San Tan Valley, Arizona |
| 4 | 4/20/2021 | D.K. Defense, San Tan Valley, Arizona |
| 5 | 4/22/2021 | D.K. Defense, San Tan Valley, Arizona |
| 6 | 4/28/2021 | Sportsman Warehouse #139, Mesa, Arizona |

| 7 | 5/11/2021 | Arizona Firearms and Accessories, Tempe, Arizona |
| 8 | 5/10/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 9 | 5/14/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 10 | 5/17/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 11 | 5/18/2021 | Sportsman Warehouse #139, Mesa, Arizona |
| 12 | 5/20/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 13 | 5/24/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 14 | 5/25/2021 | D.K. Defense, San Tan Valley, Arizona |
| 15 | 6/1/2021 | Sportsman Warehouse #132, Tucson, Arizona |
| 16 | 12/11/2021 | KME Firearms, San Tan Valley, Arizona |
| 17 | 1/02/2022 | Shoot Em Up, Glendale, Arizona |
| 18 | 1/08/2022 | Arizona Arms, Chandler, Arizona |
| 19 | 1/14/2022 | Shoot Em Up, Glendale, Arizona |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## **COUNTS 20-36**

On or about the dates listed below, in the District of Arizona, Defendant OMAR MARTINEZ knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant OMAR MARTINEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he resided at an address on Harding Avenue in Coolidge, Arizona, whereas in truth and fact, Defendant OMAR MARTINEZ knew that he resided at a different address:

| Count | Date | Business |
|---|---|---|
| 20 | 4/14/2021 | D.K. Defense, San Tan Valley, Arizona |
| 21 | 4/20/2021 | D.K. Defense, San Tan Valley, Arizona |
| 22 | 4/22/2021 | D.K. Defense, San Tan Valley, Arizona |
| 23 | 4/28/2021 | Sportsman Warehouse #139, Mesa, Arizona |

| 24 | 5/11/2021 | Arizona Firearms and Accessories, Tempe, Arizona |
|---|---|---|
| 25 | 5/10/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 26 | 5/14/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 27 | 5/17/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 28 | 5/18/2021 | Sportsman Warehouse #139, Mesa, Arizona |
| 29 | 5/20/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 30 | 5/24/2021 | Sportsman Warehouse #117, Phoenix, Arizona |
| 31 | 5/25/2021 | D.K. Defense, San Tan Valley, Arizona |
| 32 | 6/1/2021 | Sportsman Warehouse #132, Tucson, Arizona |
| 33 | 12/11/2021 | KME Firearms, San Tan Valley, Arizona |
| 34 | 1/02/2022 | Shoot Em Up, Glendale, Arizona |
| 35 | 1/08/2022 | Arizona Arms, Chandler, Arizona |
| 36 | 1/14/2022 | Shoot Em Up, Glendale, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 36 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Counts 1 through 36 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) $20,100 in U.S. currency;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date:  May 17, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*

BRETT A. DAY
Assistant U.S. Attorney