**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

*Attorney for Defendant Omar Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 2:22-cr-00503-DJH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S OBJECTION** |
| | ) | **TO PRESENTENCE REPORT** |
| Omar Martinez, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | (The Honorable Diane Humetewa) |

Defendant Omar Martinez, through counsel, objects to ¶¶36, 38, and 89 of the Presentence Report.[1]

This cases concerns the purchase by Mr. Martinez of multiple firearms. Mr. Martinez pled guilty on November 15, 2022 to Count 2, Attempted Possession or Transfer of a Machingun. (¶6)

The facts of this case show that Mr. Martinez attempted to acquire seven legal

---

[1] The Draft PSR was received 1/30/2023.

1

guns on April 26, 2022, but also attempted to illegally acquire two machine guns. Those two machine guns were the only guns that were illegal in the particular purchase, as the remaining weapons, seven semi-automatic AK-47s that were part of the illegal purchase, were legal. (¶¶26 & 27)

The Base Offense Level for this offense is 18. (¶35) The PSR seeks a six-level increase in the offense level by alleged that there were 29 firearms under USSG §2K2.1(b)(1)(C). (¶36) The PSR also seeks an additional four-level increase alleging Mr. Martinez knew, intended or had reason to believe that any forearm would be transferred out of the United States. USSG §2K3.1(b)(6)(A) ¶38.

Nothing in the factual basis of the plea agreement supports either enhancement. (Doc. 35)

To increase the number of guns for enhancement purposes under §2K2.1(b)(1), the Application Notes for Subsection (b)(1) state as follows:

> For purposes of calculating the number of firearms under subsection (b)(1), count only those firearms that were unlawfully sought to be obtained, unlaw-fully possessed, or unlawfully distributed, including any firearm that a defendant obtained or attempted to obtain by making a false statement to a licensed dealer.

The PSR suggests that the 17 guns identified in Counts 20-36 should be included because Mr. Martinez made a material misrepresentation on the Form 4473 when purchasing those 17 guns. Specifically, the PSR claims that the address Mr.

2

Martinez used on Form 4473; namely, 121 W. Harding Ave.in Coolidge, AZ, was incorrect. ¶10. This assertion is incorrect.

Mr. Martinez does not know his father, and his mother is incarcerated in ADOC. Therefore, Mr. Martinez is being raised by two of his aunts in Coolidge, one of whom is Anita Lopez, who resided at 121 W. Harding Ave. in Coolidge when Mr. Martinez filled out the Form 4473. In fact, Co-Defendant Juan Martinez, who is Omar Martinez's uncle, confirmed that Omar lived with his Aunt Anita in Coolidge. (¶30)

From time-to-time, Mr. Martinez would also stay for a few days with another aunt in Coolidge at 420 W. Elm Ave. in Coolidge.

At the time of sentencing, Anita Lopez will be present to testify that Mr. Martinez resided with her primarily at the Harding address, which is the address used on the Form 4473. There was no intent by Mr. Martinez to deceive anyone about his address. Unfortunately, young Mr. Martinez did not have the benefit of either parent growing up and relied upon his aunts in Coolidge. That is not a basis to add 17 guns under USSG §2K2.1(b)(1)(C).

The PSR also wants to include the 17 guns listed in Counts 3-19 on the theory that Mr. Martinez falsified his Form 4473 as he was not the real purchaser of the guns listed in Counts 3-19. However, the PSR offers no evidence that Mr. Martinez

3

ever acted as a straw purchaser for anyone.

While several individuals were found in possession of guns that traced back to Mr. Martinez, there is no evidence that these same people did not purchase the weapons from Mr. Martinez. In fact, Mr. Martinez was very frank with investigators that he purchased his own guns and then sold some of them from time to time. Mr. Martinez is unaware of a single individual who claimed to use Mr. Martinez as a straw purchaser.

The PSR also seeks to add 4 levels under USSG §2K3.1(b)(6)(A) claiming Mr. Martinez knew or intended that the firearms he purchased would transfer out of the United States. However, the PSR contains no evidence to support this allegation. Mr. Martinez told law enforcement that he would buy weapons, shoot them, and then privately sell them when he wants something new. (¶20)

Mr. Martinez also said he wanted to open his own gun store in Coolidge. (¶26)

The fact that three weapons sold by Mr. Martinez were found at the U.S./Mexican (¶14) border is not evidence that Mr. Martinez knew or intended that his weapons would leave the country.

Mr. Martinez is unaware of any evidence in the government's discovery that shows that Mr. Martinez intended or knew that guns he sold would end up out outside the country.

4

Finally, when Mr. Martinez purchased the two illegal machine guns, the remaining seven AK-47s were all semi-automatic and quite legal for purchase. There was nothing unlawful in the attempted purchase of those seven weapons.

The correct offense level for Mr. Martinez is 18 for the two illegal machine guns. Mr. Martinez is entitled to a three-level reduction for acceptance of responsibility, leaving an adjusted offense level of 15. Mr. Martinez' criminal history is I, as he has zero points. (¶¶49-50) That puts Mr. Martinez into a sentencing range of 18-24 months. According to the Plea Agreement, the parties stipulated that the sentencing would not exceed the law end of that range.

RESPECTFULLY SUBMITTED this February 3, 2023.

> _s/ Eric W. Kessler_
> Eric W. Kessler
> *Attorney for Def. Omar Martinez*

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Brett Day, Esq.
> Assistant U.S. Attorney

> _s/ Eric W. Kessler_
> Eric W. Kessler
> *Attorney for Def. Omar Martinez*

6