**KESSLER LAW GROUP**
Eric W. Kessler, SBN 009158
6720 N. Scottsdale Rd., Ste. 210
Scottsdale, Arizona 85253
(480) 644-0093 phone
(480) 644-0095 fax
Eric.KesslerLaw@gmail.com

*Attorney for Defendant Omar Martinez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 2:22-cr-00503-DJH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S REPLY TO** |
| | ) | **GOVERNMENT'S RESPONSE** |
| Omar Martinez, | ) | **TO DEFENDANT'S OBJECTIONS** |
| | ) | **TO PSR** |
| | ) | |
| Defendant. ) | | (The Honorable Diane Humetewa) |

Defendant Omar Martinez, through counsel, replies in opposition to the Government's above-referenced Reply. [1]

The first issue concerns Counts 20-36, where the Government concurs with the PSR that a six-level enhancement should be imposed as Mr. Martinez allegedly used the wrong address on the firearms purchase Form 4473 for the firearms

---

[1] The Government filed its Response on February 22. Defense counsel has been in a homicide trial in Pima County the entire month of February, so defense counsel could not prepare and file this Reply until the weekend.

associated with Counts 20-36.

The Government's Response adds little factually that was not in the PSR. Mr. Martinez has already described portions of his childhood where he grew up without parents in Coolidge. First, he was raised by his grandmother. When she passed, he was raised by two aunts, primarily Anita Lopez, who resided at the address Mr. Martinez listed on the Form 4473.

The government references snippets of conversations that law enforcement had with Ms. Lopez when trying to confirm Mr. Martinez's home address. At the time, Ms. Lopez made clear the Mr. Martinez would stay at her home from time to time. But she also made clear that Mr. Martinez no longer had a "home address" since the grandmother died, and that Mr. Martinez would stay with friends or each of his aunts, including Ms. Lopez.

If Probation and the Government believe that the four-level enhancement applies because of a false address, then Probation and the Government should be able to inform the Court what Mr. Martinez' "correct" address was. Neither Probation nor the Government has been able to do so.

Ms. Lopez will be present for sentencing and is willing to address the Court about this fact issue.

The second issue is the four-level enhancement under 2K2.1(b)(6)(A), which

requires a showing that Mr. Martinez "possessed any firearm or ammunition while leaving or attempting to leave the United States, or possessed or transferred any firearm or ammunition with knowledge, intent, or reason to believe that it would be transported out of the United States."

The Government relies on essentially the same facts as Probation to justify this enhancement. Specifically, the Government argues:

> Six of the firearms purchased by Defendant have been recovered by law enforcement in the possession of other individuals. Five of those recoveries occurred in Mexico, or at the border attempting to enter Mexico. The individual attempting to enter those firearms into Mexico was driving a car belonging to Defendant's cousin and identified "Omar" as the person responsible for acquiring the firearms. (Doc. 48, p. 5)

Absent additional evidence, the Government's argument ignores the necessary element of "knowledge, intent, or reason" that USSG §2K2.1(b)(6)(A) requires.

Mr. Martinez told law enforcement that he wanted to open his own gun shop in Coolidge. He also explained that he shoots the guns he buys, then sells some of them privately. As Mr. Martinez also told the officers, he has no control over what the purchasers of his weapons do with them. The Government cites no further evidence to satisfy the mental state requirements for this enhancement.

In fact, the Government argues that Mr. Martinez purchased nine guns in the undercover purchase (seven of which the Government concedes were purchased legally), an additional 20 firearms for the remaining counts in the Indictment, plus 36 additional firearms not included in the Indictment. That totals 64 firearms.

Of those 64 firearms, only six were found in the possession of other persons, five of which were found in Mexico or at the border of Mexico. The Government has not presented any evidence to support that the location of these five firearms (none of which were possessed by Mr. Martinez) is anything more than happenstance.

Once Mr. Martinez sells any of his weapons, he is not automatically responsible for where the buyer takes them. This is not a strict liability analysis. The government must show that Mr. Martinez acted with knowledge, intent, or reason to believe the weapons would be exported out of the country. There simply is no evidence of such a mental state requirement.

The fact that less than 10% of the weapons were found at or over the Mexican border – and never in the possession of Mr. Martinez – is persuasive evidence that Mr. Martinez had no intent, plan, or reason to believe, that any firearms he sold would end up in Mexico. Had he intended that these firearms be exported to Mexico, one would expect that a far greater percentage of Mr.

4

Martinez's weapons (those that he originally purchased) would be found at the border or in Mexico.

The correct offense level for Mr. Martinez is 18 for the two illegal machine guns. Mr. Martinez is entitled to a three-level reduction for acceptance of responsibility, leaving an adjusted offense level of 15. Mr. Martinez' criminal history is I, as he has zero points. (¶¶49-50) That puts Mr. Martinez into a sentencing range of 18-24 months. According to the Plea Agreement, the parties stipulated that the sentencing would not exceed the law end of that range.

RESPECTFULLY SUBMITTED this February 26, 2023.

*s/ Eric W. Kessler*
Eric W. Kessler
*Attorney for Def. Omar Martinez*

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brett Day, Esq.
Assistant U.S. Attorney

*s/ Eric W. Kessler*
Eric W. Kessler
*Attorney for Def. Omar Martinez*